(September 28, 1922.)

## I. H. WHITE, Appellant, v. W. E. STINER and WILLIAM YOUMANS, Respondents.

[209 Pac. 598.]

APPEAL—NONAPPEALABLE ORDER—DISMISSAL.

An attempted appeal from an order of the trial court striking an amended complaint, no judgment being entered, confers no jurisdiction on this court, and should be dismissed on the court's own motion.

APPEAL from the District Court of the Fifth Judicial District, for Power County. Hon. Robert M. Terrell, Judge.

Action to recover deficiency after sheriff's sale of mortgaged chattel. Appeal from order striking second amended complaint from the files. *Dismissed.*

Beakley & Stevens, for Appellant.

It was error for the court to strike the second amended complaint from the files. (*Tappin v. McCabe,* 27 Ida. 402, 149 Pac. 460; *Hudson v. Carlson,* 31 Ida. 196, 170 Pac. 100.)

W. C. Loofbourrow, for Respondent William Youmans, files no brief.

McCARTHY, J.—This is an appeal from an order of the trial court sustaining respondent's motion to strike appellant's second amended complaint from the files. No judgment was entered.

Such an order is not appealable. (C. S., sec. 7152.) The order not being appealable, this court has no jurisdiction and the appeal should be dismissed on the court's own motion. (*Holter v. Hauser,* 33 Ida. 406, 195 Pac. 628; *Davis v. Bach,* 33 Ida. 551, 196 Pac. 673; *Continental etc. Bank v. Werner,* 33 Ida. 764, 198 Pac. 471.) It is so ordered. Costs are awarded to respondents.

Rice, C. J., and Dunn and Lee, JJ., concur.